UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISHA KHANNA, et al.,<br><br>Plaintiff(s),<br>v.<br><br>QATAR AIRWAYS, et al.,<br><br>Defendant(s). | CASE NO. C24-2133-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO STRIKE PETITION TO ENFORCE SETTLEMENT |

This matter comes before the Court on the parties' stipulated motion to strike the plaintiffs' petition to enforce settlement. Dkt. No. 32. On September 18, 2026, plaintiffs filed a motion to enforce settlement or show cause, requesting that the Court "enforce the settlement agreement reached by and between Plaintiffs and Defendants by requiring full and complete payment within seven (7) days, or, in the alternative, set a hearing for representatives of the Defendants and each of their insurers to appear in person and show cause why they have refused to comply with the terms of the settlement agreement." Dkt. No. 29 at 1. The parties have since resolved the disputed settlement issue and therefore request that the Court strike plaintiffs' petition to enforce settlement. Dkt. No. 32 at 1. The Court GRANTS the stipulated motion (Dkt. No. 32) and STRIKES plaintiffs' petition (Dkt. No. 29).

Dated this 14th day of October, 2026.

Kymberly K. Evanson
United States District Judge