UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISHA KHANNA, et al.,<br><br>Plaintiff(s),<br>v.<br><br>QATAR AIRWAYS, et al.,<br><br>Defendant(s). | CASE NO. C24-2133-KKE<br><br>DISMISSAL ORDER |

The parties have stipulated to dismiss this action with prejudice. Dkt. No. 34. Accordingly, this action and all claims herein are DISMISSED with prejudice and without an award of fees or costs to any party. The clerk is directed to administratively close this case.

Dated this 29th day of October, 2026.

Kymberly K. Evanson
United States District Judge